Decided April 21, 2005

## ADRIAN D. SANTIAGO *v.* COMMISSIONER OF CORRECTION

The petitioner Adrian D. Santiago's petition for certification for appeal from the Appellate Court, 87 Conn. App. 568 (AC 24980), is denied.

*Avery S. Chapman*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided April 21, 2005